# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



**ENTERED**
**03/13/2015**

In Re:  Clifton Andrew Pape

**Debtor(s)**

Case No.: 13–33948

Chapter:  13

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/13/15

MARVIN ISGUR
United States Bankruptcy Judge